# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael More,<br><br>    Plaintiff,<br><br>vs.<br><br>Arizona Department of Corrections, et al.,<br><br>    Defendants. | No. CV19-4530 PHX DGC<br><br>**ORDER** |

Plaintiff has filed a motion for leave to file and serve his lodged proposed Third Amended Complaint. Doc. 21. United States Magistrate Camille D. Bibles has issued a report and recommendation ("R&R") recommending that the motion be denied. Doc. 27. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the motion.

**IT IS ORDERED:**

1. The R&R (Doc.27) is **accepted**.
2. The motion to file and serve the proposed Third Amended Complaint (Doc. 21) is **denied**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are ***denied.***

Dated this 10th day of January, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge